## In the Interest of Evelyn AUBREY and Ralph Aubrey.

### Nos. WD 54134, WD 54135.

Missouri Court of Appeals,
Western District.

Feb. 17, 1998.

Martha S. Rigby, Kansas City, for Appellant.

Robert Schieber, Kyla Grove, Kansas City, for Respondent.

Before BRECKENRIDGE, P.J., and LOWENSTEIN and SPINDEN, JJ.

### ORDER

PER CURIAM.

Robert Aubrey appeals the circuit court's judgment terminating his right to parent his two children. We affirm. Rule 84.16(b).

### David HOWERTON, Appellant,

v.

### BOESE–HILBURN ELECTRIC COMPANY, Respondent.

### No. WD 54326.

Missouri Court of Appeals,
Western District.

Feb. 17, 1998.

Michelle Daum Haskins, Kansas City, for appellant.

John M. Graham, Jr., Kansas City, for respondent.

Before GERALD M. SMITH, P.J., and LOWENSTEIN and ELLIS, JJ.

### ORDER

PER CURIAM:

David Howerton, appeals an order of the Labor and Industrial Relations Commission affirming the dismissal of his claim for workers' compensation benefits for failure to prosecute. Perceiving no jurisprudential value in a published opinion, we enter this summary order. The parties have been provided with a memorandum opinion explaining our decision.

The judgment is affirmed. Rule 84.16(b).